UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-26936 |
| Joseph Esho | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING AUTOMATIC STAY AND CODEBTOR STAY

This cause coming to be heard on the Motion of Select Portfolio Servicing Inc. as the servicing agent for Citibank, N.A., as Trustee on behalf of the NRZ Pass-Through Trust VI, through its attorneys, Johnson, Blumberg & Associates, LLC, for relief from the automatic stay and codebtor stay, the Court being fully advised;

IT IS HEREBY ORDERED:

A. That the Automatic Stay and Codebtor Stay of the above case is hereby modified to allow Select Portfolio Servicing Inc. as the servicing agent for Citibank, N.A., as Trustee on behalf of the NRZ Pass-Through Trust VI to proceed with foreclosure, eviction, or any other action to preserve and enforce its rights with regards to the property commonly known as 2717 West Farragut Avenue, Chicago, Illinois 60625.

B. The Trustee will make no disbursements on the proof of claim filed by Movant with the Court.

C. That the 14 day stay provision of Fed Bankr. Rule P. 4001(a)(3) is waived.

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  April 18, 2018

**Prepared by:**

Anna E. Rinehart
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711